# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| REJHANE LAZOJA,<br><br>*Plaintiff*,<br><br>v.<br><br>KRISTJEN NIELSEN, in her official capacity as Secretary of UNITED STATES DEPARTMENT OF HOMELAND SECURITY; KEVIN K. MCALEENAN, in his official capacity as Commissioner, UNITED STATES CUSTOMS AND BORDER PROTECTION; ADELE FASANO, in her official capacity as Port Director, UNITED STATES CUSTOMS AND BORDER PROTECTION; JANE DOE, in her official capacity as an officer, UNITED STATES CUSTOMS AND BORDER PROTECTION; and JOHN DOES 1-2, in their official capacities as officers, UNITED STATES CUSTOMS AND BORDER PROTECTION.<br><br>*Defendants*. | Case No. 18-cv-_____<br><br>**MOTION DAY: September 17, 2018**<br><br>**ORAL ARGUMENT REQUESTED** |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, Plaintiff, Rejhane Lazoja, through her attorneys, the Council on American-Islamic Relations, New Jersey and the Council on American-Islamic Relations, New York, will move the Court at the United States District Court for the District of New Jersey, 50 Walnut Street, Newark, New Jersey, on September 17, 2018, for the entry of an Order directing the return of certain seized property to Plaintiff, pursuant to Federal Rule of Criminal Procedure 41(g).

1

PLEASE TAKE FURTHER NOTICE that Plaintiff will rely upon Plaintiff's Brief in Support of Motion For Return of Property Under Federal Rule of Criminal Procedure 41(g), and Declaration of Jay Rehman, Esq., dated August 23, 2018, annexing: Affidavit of Rejhane Lazoja dated August 22, 2018; Notice to U.S. Customs and Border Protection ("CBP"), dated July 9, 2018; and CBP Policy Directive, dated January 4, 2018, in support of its motion.

PLEASE TAKE FURTHER NOTICE that a proposed form of Order is submitted herewith.

DATED: August 23, 2018
[Newark, New Jersey]

Respectfully submitted,

          COUNCIL ON AMERICAN-ISLAMIC
          RELATIONS NEW JERSEY

          By:   s/ Jay Rehman
                Jay Rehman
                4475 S. Clinton Ave., Suite 202
                South Plainfield, New Jersey 07080
                jRehman@cair.com
                (908) 668-5900

          COUNCIL ON AMERICAN-ISLAMIC
          RELATIONS NEW YORK

                Albert Fox Cahn
                (*pro hac vice pending*)
                aCahn@cair.com
                Carey Shenkman
                (*pro hac vice pending*)
                legal@ny.cair.com
                46-01 Twentieth Avenue
                Queens, New York 11105
                (646) 665-7599

          *Attorneys for Plaintiff*