UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| REJHANE LAZOJA, <br><br> Plaintiff, <br><br> v. <br><br> KRISTJEN NIELSEN, et al., <br><br> Defendants. | Civil Action No. <br><br> 18-13113 (SDW) (LDW) <br><br><br> ORDER |

THIS MATTER having come before the Court by way of a September 27, 2018 telephone conference before the undersigned, and the parties having indicated that the pending motion for return of property may be subject to resolution, and for good cause shown,

IT IS, on this 27th day of September 2018, ORDERED that:

1. With the consent of all parties, briefing on the motion for return of property (ECF No. 1) is stayed pending the parties' continued discussions.

2. The parties shall appear for a telephonic status conference before the undersigned on **October 30, 2018 at 2:00pm.** Plaintiff's counsel shall initiate the call to (973) 645-3574 once representatives for all parties are on the line

*/s/ Leda D Wettre*
Hon. Leda Dunn Wettre
United States Magistrate Judge