## CERTIFICATE OF SERVICE

  I, Daniel W. Meyler, Assistant United States Attorney, hereby certify that on October 30, 2018, a copy of the foregoing stipulation of dismissal with prejudice was served on all counsel by ECF and email.

Dated: Newark, New Jersey
    October 30, 2018

                By: */s/ Daniel W. Meyler*
                    Daniel W. Meyler
                    Assistant United States Attorney