## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| REJHANE LAZOJA, <br><br> Plaintiff, <br><br> v. <br><br> KRISTJEN NIELSEN, *et al.*, <br><br> Defendants. | Civil Action No. <br><br> 18-13113 (SDW) (LDW) <br><br> **60-DAY ORDER ADMINISTRATIVELY TERMINATING ACTION** |

The parties having reported that this matter has been resolved,

**IT IS, on this 30th day of October 2018,**

**ORDERED** that this action and any pending motions are hereby administratively terminated; and it is further

**ORDERED** that this shall not constitute a dismissal Order under Federal Rule of Civil Procedure 41; and it is further

**ORDERED** that within 60 days after entry of this Order (or such additional period authorized by the Court), the parties shall file all papers necessary to dismiss this action under Federal Rule of Civil Procedure 41 or, if settlement cannot be consummated, request that the action be reopened; and it is further

**ORDERED** that, absent receipt from the parties of dismissal papers or a request to reopen the action within the 60-day period, the Court shall dismiss this action, without further notice, with prejudice and without costs.

Leda Dunn Wettre
United States Magistrate Judge