UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| REJHANE LAZOJA,<br><br>                              *Plaintiff,*<br><br>v.<br><br>KRISTJEN NIELSEN, IN HER OFFICIAL CAPACITY AS SECRETARY OF UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>                             *Defendants,* | Hon. Susan D. Wigenton<br><br>Civil Action No. 18-cv-13113 (SDW) (LDW)<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendants, by their respective counsel, that all claims that were or could have been brought in the above-captioned action by Plaintiff against the Defendants, their agents, servants, and employees are dismissed with prejudice and without costs, attorneys' fees, expenses, or disbursements to any party.

AND FURTHERMORE, the Government represents that, prior to the filing of this stipulation, it has deleted any copies of Plaintiff's data in its possession, and that said data had been preserved for the purposes of the above-captioned litigation.

Dated:     Newark, New Jersey
              October 30, 2018

| | |
|---|---|
| COUNCIL ON AMERICAN-ISLAMIC RELATIONS NEW JERSEY | CRAIG CARPENITO<br>United States Attorney for the District of New Jersey |
| By:  */s/ Jay Rehman*<br>      JAY REHMAN<br>      Attorneys for Plaintiff | By:  */s/ Daniel W. Meyler*<br>      DANIEL W. MEYLER<br>      Assistant United States Attorney<br>      Attorneys for Defendants |

So Ordered
this 31st day of October 2018

*Susan D. Wigenton, U.S.D.J.*

-1-